**Opinion issued October 11, 2016**



**In The**

# Court of Appeals

**For The**

# First District of Texas

———————————

**NO. 01-16-00588-CR**

———————————

**IN RE TRE NICHOLAS WILLIS-WEBB, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator, Tre Nicholas Willis-Webb, has filed a petition for writ of mandamus, seeking an order compelling the trial court to respond to his legal motion within 15 working days from the date of this Court's issued order.[1]

We **deny** the petition for writ of mandamus. *See* TEX. R. APP. P. 52.8(a).

---

[1] The underlying proceeding is *Tre Nicholas Willis-Webb v. The State of Texas*, cause number 1374103, in the 230th District Court of Harris County, Texas, the Honorable Brad Hart presiding.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Higley and Huddle.